```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FORT PIERCE DIVISION
                 CASE NO. 06-14052-CR-MARTINEZ/LYNCH
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CARLOS ALPHONSO MURRAY,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on November 3, 2006. A Report and Recommendation was filed on November 15, 2006, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to the Indictment which charges the Defendant with Illegal Reentry of an alien who had previously been deported as an aggravated felon in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of November, 2006.

                                          _____
                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

```
Copied: Hon. Magistrate Lynch
        All Counsel Of Record
        U.S.Probation
```